No. 239, Misc. ELTON *v.* OHIO. C. A. 6th Cir. Certiorari denied.

No. 241, Misc. NETTLES *v.* ILLINOIS. Cir. Ct., Will County, Ill. Certiorari denied.

No. 242, Misc. ESTRADA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 244, Misc. FAJERIAK *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 245, Misc. WILLIAMS *v.* ESSEX COUNTY WELFARE BOARD. Super. Ct. N. J. Certiorari denied. *William H. Sheil* for respondent.

No. 246, Misc. BURCHIL *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied.

No. 247, Misc. LEAVITT *v.* RHODE ISLAND. Sup. Ct. R. I. Certiorari denied. *F. Lee Bailey* for petitioner. *Herbert F. DeSimone,* Attorney General of Rhode Island, and *Richard J. Israel* and *Donald P. Ryan,* Assistant Attorneys General, for respondent.

No. 250, Misc. POTTER *v.* FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 256, Misc. HARVEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wilfred C. Varn* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.